Case: 1:18-cv-04932 Document #: 1 Filed: 07/19/18 Page 1 of 1 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Helene Re Re T. Williams, PETA/Illinois State, United States department of State, and Equality Rights/LGBTQ member number #9959917
　　　　　　Plaintiff

　　　v. City of Chicago /
Dorthy Brown/555 w Harrison, George Raymond/CTA et Al
　　　　　　Defendant

JUL 19 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

1:18-cv-04932
Judge John Robert Blakey
Magistrate Judge Sidney I. Schenkier

## COMPLAINT

Within this complaint I ask that the United States District Court Northern District of Illinois move my case with 555 west Harrison/Dorthy Brown to this Court. My reason is for the simple fact I was founded guilty for assault as a class C misdemeanor, and room 303 judge asked that I do 100 hours of community service. I feel I'm being denied my rights of freedom through the City of Chicago/Dorthy Brown, and a right to my State + Federal recognition through federal non-for-profit Equality Right/LGBTQ member number #9959917, and State representative for PETA in Illinois also a non-for-profit program. (Retaliation) 🔍

Also I ask that the Northern District court ask to question the video tape from George Raymond/the State + City of Chicago, because the video evidence may have been edited/tampered with. It doesn't show when George Raymond wasn't inside the control room, and I waited respectfully for him to return. Or it doesn't show George allowing a latin male to get a free ride toward the end. the I went under, because he discriminated. 🔍 = Tampering with evidence - !!!

Helene Re Re T. Williams

7/19/2018